Mark Brnovich
Attorney General
Firm State Bar No. 14000
Bradley J. Stevens
Assistant Attorney General
AZ Bar No. 006723
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-8389
Facsimile: (602) 542-4273
Email: Bradley.Stevens@azag.gov
Attorneys for the State of Arizona
 *ex rel.* Arizona Department of Revenue

# IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TAMIKA BEEPUT LOPEZ,<br>SSN: XXX-XX-7205<br><br>Debtor. | Chapter 13<br><br>Case No. 2:22-bk-05818-DPC<br><br>**OBJECTION TO CONFIRMATION OF ORIGINAL CHAPTER 13 PLAN**<br><br>Docket No. 2 |

The State of Arizona *ex rel.* Arizona Department of Revenue (the "**Department**") objects to the *Original Chapter 13 Plan* (the "**Plan**") filed by Tamika B. Lopez (the "**Debtor**") on August 30, 2022 as follows:

1. The Department is the agency empowered and entitled to enforce Arizona tax laws and regulations, including but not limited to individual income taxes and transaction privilege taxes ("**TPT**") A.R.S. §§ 43-208; 42-1004 *et seq*.

2. The Debtor is an individual residing in the State of Arizona and upon information and belief is required to file and pay certain tax liabilities to the Department, including individual

BCE22-02258

income taxes. *See* A.R.S. §§ 43-301, 43-501.

3. Additionally, the Debtor owns or owned a limited liability company known as Theory Mode Boutique, LLC and is doing or did business as Theory Mode Boutique, LLC (the "**Debtor's Business**"). Upon information and belief, the Debtor's Business is or was required to file and pay certain tax liabilities to the Department, including TPT taxes. Failure of the Debtor to remit to the Department monies collected for TPT taxes may create responsible party penalties being assessed against the Debtor personally pursuant to A.R.S. §§ 42-5028, 43-435.

4. Additionally, the Debtor owns or owned a limited liability company known as Black Water Transportation, LLC and is doing or did business as Black Water Transportation, LLC (the "**Debtor's Business**"). Upon information and belief, the Debtor's Business is or was required to file and pay certain tax liabilities to the Department, including TPT taxes. Failure of the Debtor to remit to the Department monies collected for TPT taxes may create responsible party penalties being assessed against the Debtor personally pursuant to A.R.S. §§ 42-5028, 43-435.

5. The Department filed a proof of claim establishing a secured claim in the amount of $0.00, a priority claim in the amount of $3,900.00, and a non-priority unsecured claim in the amount of $99.41. A true and accurate copy of the Department's 1st Amended Proof of Claim (the "**Claim**") dated September 12, 2022 is No. 2-2 on the Court's Claims Register. In addition, the Department's Claim indicates that the Debtor is not current with the filing of all prepetition tax returns. As of today, the following returns remain unfiled (the "**Outstanding Returns**"):

| Income | *Not Applicable* |
|---|---|

| TPT | 6/30/2022 (Theory Mode Boutique, LLC); |
| --- | --- |
| | <u>and</u> 12/2018 through 12/2020 (Black Water Transportation, LLC) |
| WTH | *Not Applicable* |

6. As indicated in the Department's Claim, the Debtor has failed to file all tax returns as required by 11 U.S.C. § 1308. Failure of the Debtor to file the Outstanding Returns constitutes cause to convert or dismiss the case. *See* 11 U.S.C. § 1307(e), Local Rule of Bankruptcy Procedure 2084-5. Moreover, the Plan cannot be confirmed until such time that the Debtor files the Outstanding Returns. 11 U.S.C. § 1325(a)(9). Signed, dated, and non-redacted copies of the returns with all federal form W-2s and Federal Schedule A, as applicable, may be sent to Elissa.Ruiz@azag.gov, which the Department will accept as filed on the date that complete returns are received by the Attorney General's Office.

7. The Department's Claim is entitled to priority treatment pursuant to 11 U.S.C. § 507(a)(8)(A). The Plan is required to provide payment in full of all priority claims, unless the claimant agrees otherwise. 11 U.S.C. § 1322(a)(2). Here, the Department has not agreed to different treatment than what Section 1322 requires and the Plan does not provide for the full payment of the Department's priority claim. Therefore, the Plan cannot be confirmed. 11 U.S.C. § 1325(a)(1).

8. The Department does not waive its right to a confirmation hearing under 11 U.S.C. § 1324(b) and reserves the right to amend, supplement, or withdraw its Objection to Confirmation.

///

## Conclusion

In order to confirm the Plan, the Debtor must address and remedy the objections specified herein in order to comply with the Bankruptcy Code. Since the Plan, as it is currently proposed, does not comply with 11 U.S.C. § 1325 and other provisions of the Bankruptcy Code as stated herein, the Plan cannot be confirmed.

## **REQUEST FOR RELIEF**

**WHEREFORE**, the Department prays as follows:

1. That the Court deny confirmation of the proposed Plan, or in the alternative, that the Debtor is ordered to amend or modify the Plan to remedy the Department's objections herein;

2. That the failure of the Debtor to amend or modify the Plan to remedy the Department's objections herein and conform the Plan with the Bankruptcy Code in a reasonable time, that the Court dismiss or convert this case to a Chapter 7; and

3. For such other and further relief as this Court deems proper.

RESPECTFULLY SUBMITTED this 31st day of October, 2022.

MARK BRNOVICH
Attorney General

_____
Bradley J. Stevens
Assistant Attorney General
Attorney for the State of Arizona
*ex rel.* Arizona Department of Revenue

///

1  ORIGINAL of the foregoing filed electronically this 31st day of October, 2022 with:

2  United States Bankruptcy Court District of Arizona

3  COPY of the foregoing sent by U.S. Mail or by email* this 31st day of October, 2022 to:

4

5  Thomas A. McAvity*
   Phoenix Fresh Start Bankruptcy Attorneys
6  4131 Main Street
   Skokie, IL 60076
7  documents@phxfreshstart.com
   *Attorney for the Debtor*
8

9  Russell A. Brown*
   Russell Brown, Ch. 13 Trustee
10 3838 N. Central Ave.
   Suite 800
11 Phoenix, AZ 85012-1965
   mail@ch13bk.com
12 *Chapter 13 Trustee*

13

14

15 _____
   Elissa Ruiz
16

5